1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  JOSE ARAGON,                    )        No. CV-F-02-6216 REC/WMW P
                                   )
10                                 )        ORDER DENYING PLAINTIFF'S
                                   )        MOTION FOR RECONSIDERATION
11               Plaintiff,        )        (Doc. 40)
                                   )
12          vs.                    )
                                   )
13                                 )
   N. HIRSCH, et al.,              )
14                                 )
                                   )
15               Defendant.        )
                                   )
16 _____)

17      Defendant moves the court to reconsider the Magistrate

18 Judge's Order filed on June 15, 2005 in which it is ruled that

19 the First Amended Complaint does not state claims upon which

20 relief can be granted against any defendants other than defendant

21 Hirsch and directing plaintiff to file a Second Amended

22 Complaint.

23      The court has reviewed the First Amended Complaint, the

24 Order, and plaintiff's motion for reconsideration.

25      The court denies plaintiff's motion for reconsideration, the

26 court concluding that the Magistrate Judge's rulings are neither

1

1   clearly erroneous or contrary to law.

2      IT IS SO ORDERED.

3   **Dated:  July 14, 2005**              **/s/ Robert E. Coyle**

  668554                     UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26