IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ARAGON,

    Plaintiff,                                CV F 02 6216 REC  WMW   P

  vs.                                        <u>ORDER</u>

N. HIRSCH, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2005, an order was entered, granting plaintiff leave to file a second amended complaint. Plaintiff was specifically cautioned that if he failed to file a second amended complaint, this action would proceed against defendant Hirsch, and the court would recommend dismissal of the remaining defendants. Plaintiff has not filed an amended complaint. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendant Hirsch. Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

           N. HIRSCH

    2.    The Clerk of the Court shall send plaintiff one USM-285 form, one summonses, a

1

Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed March 17, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two copies of the endorsed first amended complaint filed March 17, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    September 26, 2005**                         /s/  **William M. Wunderlich**
mmkd34                                                   UNITED STATES MAGISTRATE JUDGE