UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ARAGON, | ) | 1:02-CV-6216 AWI WMW P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #58) |
| | ) | |
| N. HIRSCH, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 31, 2006, plaintiff filed a second motion to extend time to file an opposition to the motion to dismiss filed by defendant. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his opposition to the motion to dismiss.

IT IS SO ORDERED.

**Dated:   August 29, 2006**          **/s/  William M. Wunderlich**
j14hj0                        UNITED STATES MAGISTRATE JUDGE