UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ARAGON, | ) | 1:02-CV-6216 AWI WMW P |
| Plaintiff, | ) ) | ORDER GRANTING FOURTH EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #63) |
| N. HIRSCH, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 8, 2006, plaintiff filed his fourth motion to extend time to file his opposition to the motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his opposition to the motion to dismiss.

IT IS SO ORDERED.

**Dated:   January 8, 2007**                    **/s/  William M. Wunderlich**
j14hj0                                                                    UNITED STATES MAGISTRATE JUDGE