UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARAGON,  )<br>         Plaintiff,  )<br>         v.  )<br>N. HIRSCH, et al.,  )<br>         Defendants.  ) | 1:02-cv-6216 AWI WMW PC<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br><br>(DOCUMENT #68) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On February 21, 2007, defendant filed a request/motion for an extension of time to file a reply to plaintiff's opposition in response to the motion to dismiss. Inasmuch as defendant filed the reply to opposition to the motion to dismiss on March 14, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants motion to extend is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   March 19, 2007**           /s/  William M. Wunderlich
j14hj0                                              UNITED STATES MAGISTRATE JUDGE